IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARY JO HENRY,            )  | |
|                     )  | |
|    Plaintiff,       )  | |
|                     )  | CIVIL ACTION NO. |
|    v.                )  | 2:14cv1049-MHT |
|                     )  | (WO) |
| SLOAN D. GIBSON, Acting   ) | |
| Secretary Department of   ) | |
| Veteran Affairs,          ) | |
|                     )  | |
|    Defendant.        )  | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Sloan D. Gibson's motion for summary judgment (doc. no. 24) is granted.

(2) Judgment is entered in favor of defendant Gibson and against plaintiff Mary Jo Henry, with plaintiff Henry taking nothing by her complaint.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Henry, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of November, 2015.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**